# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Nicole B. Breaux
Attorney at Law
415 N. Parkerson Ave.
Crowley LA 70527-1650

**REHEARING ACTION: July 23, 2014**

**Docket Number: 14   00084-CA**

**SALVADOR COSCARART**
**VERSUS**
**GINA LOUISE BEAUGH COSCARART**

**Appealed from St. Landry Parish Case No. 08-C-0208-B**

<u>**BEFORE JUDGES**</u>:

    **Hon. John D. Saunders**
    **Hon. James T. Genovese**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing and the request for supplementation of court record filed by **Gina Louise**

**Beaugh Coscarart** have this day been

    **DENIED.**
    Conery, J., would grant the request for supplementation of court record.

cc: Randall M. Guidry, Counsel for the Appellant